# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>HRACHYA GYULUMYAN,<br><br>Defendant. | Case No.: 19-368, 6 |

## DEFENDANT'S RESPONSE TO THE GOVERNMENT'S MOTION FOR JUDICIAL INQUIRY PURSUANT TO FRCP 44(C)

Defendant, Hrachya Gyulumyan, by and through his attorney of record, Sarkis Manukyan, hereby responds to the government's motion for a judicial Inquiry, pursuant to Rule 44(c) of the Federal Rules of Criminal Procedure.

1. Hrachya Gyulumyan, among others, was charged with conspiracy, bank fraud, aggravated identity theft and money laundering on May 22, 2019.

2. On June 21, 2019, counsel for Mr. Gyulumyan contacted K.T. Newton, Assistant United States Attorney and notified her that he had been retained as attorney of record for Mr. Gyulumyan.

1

3. In the same criminal action, Hamlet Tantushyan is also charged with the same crimes. He is currently represented by attorney George G. Mgdesyan.

4. Counsel for Mr. Tantushyan and Mr. Gyulumyan currently share office space and share an assistant. As a result of the shared office space and assistant, the government believes that a judicial inquiry pursuant to FRCP 44 is needed.

5. However, both attorneys have taken proper steps to disassociate themselves from any matters relating to any co-defendant that the attorney is not representing to make sure no such conflict arises. Any related case files and documents are kept separate from one another and each attorney solely represents his own client. Both attorneys do share a legal assistant, however the legal assistant keeps both cases separate from one another, also making sure no such information is disclosed that may create a conflict.

6. Additionally, should the Court be concerned that a conflict may arise or be present, Mr. Gyulumyan is ready and willing to make a voluntary, knowing and intelligent waiver of conflicts as the Court may require.

7. As a result, the use of the same legal assistant does not create a conflict, nor does it warrant the termination/disqualification of counsel.

Dated: October 22, 2019                                        Respectfully submitted,

_____
SARKIS MANUKYAN, ESQ.
Attorney for Defendant,
**Hrachya Gyulumyan**